ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - v. -

PEDRO VICIOSO DE LIMA,
    a/k/a "Pep,"
    a/k/a "Pepo,"
VICTOR HIDALGO,
    a/k/a "Jordan,"
    a/k/a "Vico,"
DAVID PEREZ,
    a/k/a "Bori,"
    a/k/a "Macho,"
JACINTO GARCIA,
    a/k/a "Cuba,"
SIXTO VANCAMPER-BRITO,
    a/k/a "Cito,"
CESAR GIL,
    a/k/a "Ralphy,"
JUAN GIL CABRAL,
    a/k/a "Menor,"
ANTHONY BELLIARD,
    a/k/a "Jafet Montas,"
    a/k/a "Café,"
MAYRA MONSANTO,
    a/k/a "La Flaca,"
RICKY ROSA,
    a/k/a "Pra,"
    a/k/a "Black,"
    a/k/a "Moreno,"
MINERVA VENTURA,
    a/k/a "La Bori,"
MARK VIERA,
    a/k/a "Leo,"
    a/k/a "Biz,"
ROMEO SUNCAR,
    a/k/a "Stacks," and
ANTONIO YERIS ALMONTE,
    a/k/a "Ciobao,"

          Defendants.

- - - - - - - - - - - - - - - - - - X

**SEALED**
**INDICTMENT**

18 Cr.

**18 CRIM 802**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **OCT 3 1 2018**

**COUNT ONE**

The Grand Jury Charges:

**OVERVIEW OF THE CONSPIRACY**

1.  The 501 West 167th Street Drug Trafficking Organization ("DTO") consists of a group of individuals who are engaged in the trafficking of heroin, often laced with fentanyl, in Washington Heights, New York.  From at least in or about July 2016, up to and including in or about October 2018, PEDRO VICIOSO DE LIMA, a/k/a "Pep," a/k/a "Pepo," VICTOR HIDALGO, a/k/a "Jordan," a/k/a "Vico," DAVID PEREZ, a/k/a "Bori," a/k/a "Macho," JACINTO GARCIA, a/k/a "Cuba," SIXTO VANCAMPER-BRITO, a/k/a "Cito," CESAR GIL, a/k/a "Ralphy," JUAN GIL CABRAL, a/k/a "Menor," ANTHONY BELLIARD, a/k/a "Jafet Montas," a/k/a "Café," MAYRA MONSANTO, a/k/a "La Flaca," RICKY ROSA, a/k/a "Pra," a/k/a "Black," a/k/a "Moreno," MINERVA VENTURA, a/k/a "La Bori," MARK VIERA, a/k/a "Leo," a/k/a "Biz," ROMEO SUNCAR, a/k/a "Stacks," and ANTONIO YERIS ALMONTE, a/k/a "Ciobao," the defendants (collectively, the "Defendants"), all of whom were members of the DTO, and others known and unknown, conspired to distribute heroin that was often laced with fentanyl.  Over the course of those years, the DTO is estimated to have distributed more than 85 kilograms of heroin, much of it laced with fentanyl.

2.  The DTO controlled heroin sales out of 501 West 167th Street in Washington Heights, New York (the "Drug Building"), and the immediately surrounding vicinity (the "Drug

Territory"). As a means of marketing its heroin, and to ensure that the only heroin sold in the Drug Territory belonged to the DTO, the DTO placed "stamps" on the glassines of heroin and heroin laced with fentanyl that it sold to its customers. Among the stamps that the DTO used were "Annuit Coeptis," "Toyota," "Ras Baraka," and "Porsche."

3. Glassines marked with the DTO's stamps have been recovered at the scene of multiple fatal and nonfatal suspected overdoses of individuals who were believed to be customers of the DTO. For example, on or about March 29, 2018, an individual died of a suspected heroin overdose in a building across the street from the Drug Building, and glassines marked with the stamps "Ras Baraka" and "Porsche" were recovered at the scene of the overdose death, along with a slip of paper with the name and phone number of a member of the DTO. Certain members of the DTO were aware of suspected overdoses resulting from the use of fentanyl-laced heroin sold by the DTO. The DTO was nevertheless reluctant to change the stamps it used to label the DTO's heroin and heroin laced with fentanyl because the stamps were known by the DTO's customers, and the DTO wanted to maintain its reputation for selling a strong product.

## MEANS AND METHODS OF THE CONSPIRACY

4. Members of the DTO fulfilled different roles within the DTO. PEDRO VICIOSO DE LIMA, a/k/a "Pep," a/k/a "Pepo," the defendant, was the leader or owner of the DTO and

3

controlled its operations. Among other roles, certain of the Defendants, including VICTOR HIDALGO, a/k/a "Jordan," a/k/a "Vico," DAVID PEREZ, a/k/a "Bori," a/k/a "Macho," and JACINTO GARCIA, a/k/a "Cuba," managed the DTO's supply of drugs and cash proceeds. Certain of the Defendants acted as "Pitchers," who regularly sold narcotics to retail customers in hand-to-hand drug transactions conducted in and around the Drug Building. Certain of the Defendants acted as "Doormen" or "Lookouts" who would control access to the Drug Building and monitor law enforcement activity in the Drug Territory, including warning other members of the DTO to run or stop selling drugs if law enforcement was present in the Drug Territory.

5. The DTO employed several means of evading law enforcement detection, including the use of walkie-talkies, pre-planned escape routes, and coded language to discuss narcotics.

6. The members of the DTO worked in shifts, seven days per week, and sold heroin and heroin laced with fentanyl to customers who often lined up around the block to purchase narcotics.

### STATUTORY ALLEGATIONS

(Narcotics Trafficking Conspiracy)

7. From at least in or about July 2016, up to and including at least in or about October 2018, in the Southern District of New York and elsewhere, PEDRO VICIOSO DE LIMA, a/k/a "Pep," a/k/a "Pepo," VICTOR HIDALGO, a/k/a "Jordan," a/k/a

4

"Vico," DAVID PEREZ, a/k/a "Bori," a/k/a "Macho," JACINTO GARCIA, a/k/a "Cuba," SIXTO VANCAMPER-BRITO, a/k/a "Cito," CESAR GIL, a/k/a "Ralphy," JUAN GIL CABRAL, a/k/a "Menor," ANTHONY BELLIARD, a/k/a "Jafet Montas," a/k/a "Café," MAYRA MONSANTO, a/k/a "La Flaca," RICKY ROSA, a/k/a "Pra," a/k/a "Black," a/k/a "Moreno," MINERVA VENTURA, a/k/a "La Bori," MARK VIERA, a/k/a "Leo," a/k/a "Biz," ROMEO SUNCAR, a/k/a "Stacks," and ANTONIO YERIS ALMONTE, a/k/a "Ciobao," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

8. It was part and an object of the conspiracy that PEDRO VICIOSO DE LIMA, a/k/a "Pep," a/k/a "Pepo," VICTOR HIDALGO, a/k/a "Jordan," a/k/a "Vico," DAVID PEREZ, a/k/a "Bori," a/k/a "Macho," JACINTO GARCIA, a/k/a "Cuba," SIXTO VANCAMPER-BRITO, a/k/a "Cito," CESAR GIL, a/k/a "Ralphy," JUAN GIL CABRAL, a/k/a "Menor," ANTHONY BELLIARD, a/k/a "Jafet Montas," a/k/a "Café," MAYRA MONSANTO, a/k/a "La Flaca," RICKY ROSA, a/k/a "Pra," a/k/a "Black," a/k/a "Moreno," MINERVA VENTURA, a/k/a "La Bori," MARK VIERA, a/k/a "Leo," a/k/a "Biz," ROMEO SUNCAR, a/k/a "Stacks," and ANTONIO YERIS ALMONTE, a/k/a "Ciobao," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

9. The controlled substance that PEDRO VICIOSO DE LIMA, a/k/a "Pep," a/k/a "Pepo," VICTOR HIDALGO, a/k/a "Jordan," a/k/a "Vico," DAVID PEREZ, a/k/a "Bori," a/k/a "Macho," JACINTO GARCIA, a/k/a "Cuba," SIXTO VANCAMPER-BRITO, a/k/a "Cito," CESAR GIL, a/k/a "Ralphy," JUAN GIL CABRAL, a/k/a "Menor," ANTHONY BELLIARD, a/k/a "Jafet Montas," a/k/a "Café," MAYRA MONSANTO, a/k/a "La Flaca," RICKY ROSA, a/k/a "Pra," a/k/a "Black," a/k/a "Moreno," MINERVA VENTURA, a/k/a "La Bori," MARK VIERA, a/k/a "Leo," a/k/a "Biz," ROMEO SUNCAR, a/k/a "Stacks," and ANTONIO YERIS ALMONTE, a/k/a "Ciobao," the defendants, conspired to distribute and possess with intent to distribute was 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code 841(b)(1)(A).

(Title 21, United States Code, Section 846).

### FORFEITURE ALLEGATION

10. As a result of committing the offense alleged in Count One of this Indictment, PEDRO VICIOSO DE LIMA, a/k/a "Pep," a/k/a "Pepo," VICTOR HIDALGO, a/k/a "Jordan," a/k/a "Vico," DAVID PEREZ, a/k/a "Bori," a/k/a "Macho," JACINTO GARCIA, a/k/a "Cuba," SIXTO VANCAMPER-BRITO, a/k/a "Cito," CESAR GIL, a/k/a "Ralphy," JUAN GIL CABRAL, a/k/a "Menor," ANTHONY BELLIARD, a/k/a "Jafet Montas," a/k/a "Café," MAYRA MONSANTO, a/k/a "La Flaca," RICKY ROSA, a/k/a "Pra," a/k/a "Black," a/k/a "Moreno," MINERVA VENTURA, a/k/a "La Bori," MARK VIERA, a/k/a

6

"Leo," a/k/a "Biz," ROMEO SUNCAR, a/k/a "Stacks," and ANTONIO YERIS ALMONTE, a/k/a "Ciobao," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

10/31/18.
Filed Sealed Indictment.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PEDRO VICIOSO DE LIMA,
a/k/a "Pep," a/k/a "Pepo,"
VICTOR HIDALGO,
a/k/a "Jordan," a/k/a "Vico,"
DAVID PEREZ,
a/k/a "Bori," a/k/a "Macho,"
JACINTO GARCIA,
a/k/a "Cuba,"
SIXTO VANCAMPER-BRITO,
a/k/a "Cito,"
CESAR GIL,
a/k/a "Ralphy,"
JUAN GIL CABRAL,
a/k/a "Menor,"
ANTHONY BELLIARD,
a/k/a "Jafet Montas," a/k/a "Café,"
MAYRA MONSANTO,
a/k/a "La Flaca,"
RICKY ROSA,
a/k/a "Pra," a/k/a "Black," a/k/a "Moreno,"
MINERVA VENTURA,
a/k/a "La Bori,"
MARK VIERA,
a/k/a "Leo," a/k/a "Biz,"
ROMEO SUNCAR,
a/k/a "Stacks," and
ANTONIO YERIS ALMONTE,
a/k/a "Ciobao,"

Defendants.

**SEALED INDICTMENT**

18 Cr.

(Title 21, United States Code, Section 846).

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.