UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :

          - v. -                        :

 

PEDRO VICIOSO DE LIMA,                       :
     a/k/a "Pep,"
     a/k/a "Pepo,"                          :
VICTOR HIDALGO,
     a/k/a "Jordan,"                        :
     a/k/a "Vico,"
DAVID PEREZ,                                 :
     a/k/a "Bori,"
     a/k/a "Macho,"                         :
JACINTO GARCIA,
     a/k/a "Cuba,"                          :
SIXTO VANCAMPER-BRITO,
     a/k/a "Cito,"                          :
CESAR GIL,
     a/k/a "Ralphy,"                        :
JUAN GIL CABRAL,
     a/k/a "Menor,"                         :
ANTHONY BELLIARD,
     a/k/a "Jafet Montas,"                  :
     a/k/a "Café,"
MAYRA MONSANTO,                              :
     a/k/a "La Flaca,"
RICKY ROSA,                                  :
     a/k/a "Pra,"
     a/k/a "Black,"                         :
     a/k/a "Moreno,"
MINERVA VENTURA,                             :
     a/k/a "La Bori,"
MARK VIERA,  .                               :
     a/k/a "Leo,"
     a/k/a "Biz,"                           :
ROMEO SUNCAR,
     a/k/a "Stacks," and                   :
ANTONIO YERIS ALMONTE,
     a/k/a "Ciobao,"                        :

        Defendants.                        :

- - - - - - - - - - - - - - - - - - X

**UNSEALING**
**ORDER**

18 Cr. 802

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 8 2018

Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that Indictment 18 Cr. 802, which was filed under seal on October 31, 2018, be unsealed immediately.

SO ORDERED.

Dated:     New York, New York
           November 8, 2018

HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK