AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cr-00802-CM |
| Pedro Vicioso De Lima, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Court-appointed defense counsel, as Coordinating Discovery Attorney (CDA)

Date: 12/14/2018

*Attorney's signature*

Emma M. Greenwood/EG3434
*Printed name and bar number*

299 Broadway, Suite 802
New York, NY 10007
*Address*

emma@greenwoodlg.com
*E-mail address*

(212) 227-5906
*Telephone number*

(212) 227-5907
*FAX number*