U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/19

BY ECF

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States* v. *De Lima et al*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for April 16, 2019, at 4:30 p.m. to the date of June 13, 2019, at 4:00 p.m. If Your Honor grants this request, the parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between April 16, 2019 and June 13, 2019 to allow the defense additional time to review discovery and the parties additional time to continue discussions of potential dispositions short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Aline R. Flodr/Dominic Gentile
Assistant United States Attorneys
(212) 637-1110/2567

cc (by email): Defense counsel listed on ECF

MEMO ENDORSED 4/15/19

OK

Matter adj to June 13, 2019 at 4:00 pm. — time excluded through June 13, in the interest of justice, to facilitate the review of discovery and plea discussions.