
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: *United States* v. *De Lima et al.*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2020                    1/7/2020

Matter ad'j to Feb. 4, 2020
At 2:00 pm — time excluded
through Feb 4, in the interest
of justice, to facilitate plea
discussions.

*[signature]*

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for January 6, 2020 at 2:30 p.m. to February 4, 2020 at 4:30 p.m. If Your Honor grants this request, the parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between January 6, 2020 and February 4, 2020 to allow the parties additional time to continue discussions of potential dispositions short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by email): Defense counsel listed on ECF